# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI
**City** Lynn
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10297-PBS   [✓] Yes   [ ] No

**Defendant Name** Lerei Gooding   **Juvenile:** [ ] Yes   [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes   [✓] No

**Alias Name:** _____
**Address:** _____

**Birth date (Yr only):** 1988   **SSN (last 4#):** 5444   **Sex:** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** Steve Judge, Esq   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138

**Interpreter:** [ ] Yes   [✓] No   **List language and/or dialect:** _____

**Victims:** [ ] Yes   [✓] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes   [✓] No

**Matter to be SEALED:** [ ] Yes   [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** [ ] Complaint   [✓] Information   [ ] Indictment
**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/5/2024   **Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     LEREI GOODING

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Fentanyl, Methamphetamine, and Other Controlled Substances | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**